IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00227-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRY OXFORD,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The February 24, 2006 hearing and March 27, 2006 trial date are vacated. Counsel shall contact chambers within 10 days to set a change of plea hearing.

    DATED at Denver, Colorado, on December 6, 2005.

                                     BY THE COURT:

                                     /s/ Walker D. Miller
                                     United States District Judge

PDF FINAL