IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00227-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRY OXFORD,

    Defendant.

_____

**ORDER**
_____

    Defendant's Motion for Request for Lodging Authorization is granted.

    DATED at Denver, Colorado, on December 12, 2005.

                                           BY THE COURT:

                                           /s/ Walker D. Miller
                                           United States District Judge

PDF FINAL