IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00227-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HARRY OXFORD,

    Defendant.

## SECOND PROTECTIVE ORDER

THIS MATTER coming before the Court on the Government's Unopposed Motion for Second Protective Order, and the Court having considered the motion, IT IS HEREBY ORDERED AS FOLLOWS:

1. The government shall provide defendant's counsel with copies of any alleged child pornography images in similar form to that obtained by the government from the defendant. As such, the government will copy the alleged child pornography materials contained on the computer hard drive on to CD-ROM or other similar media and will produce same to defendant's counsel (the "contraband materials").

2. In connection with the government's copying of the contraband materials, defendant's counsel will furnish the government, at defense counsel's expense, with the CD-ROM(s) or other media that defendant's counsel chooses for the government's copying of the electronically-stored materials.

3. The contraband materials shall be maintained by defense counsel in accordance

Case 1:05-cr-00227-WDM  Document 83  Filed 04/17/06  USDC Colorado  Page 2 of 3

herewith, and shall be used by counsel solely and exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purposes.

4. The contraband materials may be viewed only by defense counsel and such members of his staff as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel.

5. Defendant shall not under any circumstances be permitted to access or view any of the contraband materials without petition to and further order of the Court; however, defendant may access and view non-image data pertaining to the contraband materials for the purpose of assisting in the preparation of his defense in the presence of counsel and under the direct supervision and control of counsel.

6. In no event shall any graphic image file containing child pornography or which may reasonably be construed as constituting child pornography be copied, duplicated or replicated, in whole or in part, onto any external media including, but not limited to: paper, floppy disk, CD-ROM, DAT tape, zip disk, or other media. Similarly, the contraband materials or any part thereof shall not be uploaded onto any computer without further order of the Court;

7. The contraband materials shall be maintained by defendant's counsel in a locked file, cabinet or room at all times except when being actively utilized as provided for herein, and a copy of this Order shall be kept with such materials at all times;

8. Upon termination of this matter, the parties shall agree upon and execute procedures which will result in the non-recoverable destruction of the contraband materials, including removal from any CD-ROM or other media copied on to;

9. Upon termination of this matter and data destruction as provided for herein, defense

counsel shall file a brief report with the Court, with a copy to government counsel, specifying that the terms of this Order have been complied with;

    10. Defense counsel shall be permitted reasonable access to the seized computer or a mirror image made thereof, for viewing and visual inspection.

DATED: April 17, 2006.

BY THE COURT

THE HONORABLE WALKER D. MILLER
United States District Court Judge