IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 05-cr-00227-WDM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. HARRY OXFORD,

Defendant.

---

## ORDER

---

This matter comes before the Court on DEFENDANT'S MOTION TO EITHER PERMIT COUNSEL'S TELEPHONIC OR VIDEO-CONFERENCE APPEARANCE AT, OR IN THE ALTERNATIVE TO CONTINUE, THE JUNE 8, 2006 HEARING.

The Court, being fully advised, hereby grants the motion with respect to a telephonic appearance and will allow defense counsel, Scott Varholak, to appear by phone at 11:00 a.m. on June 8, 2006.  The Court at that time can be reached at (970) 248-0061. The Defendant to appear in person in the United States District Court, Wayne N. Aspinall Federal Building, 400 Rood Avenue, Courtroom 323, Grand Junction, Colorado.

Dated this 7th day of June, 2006.

BY THE COURT:

s/Gudrun Rice

_____

Gudrun Rice
United States Magistrate Judge